GEORGE N. HICKS AND ANOTHER, RESPONDENTS, *v.* SPEN-
CER CLARK, APPELLANT.

Motion for leave to appeal to the Court of Appeals denied.

ARCHIBALD M. GRAHAM AND ANOTHER, AS EXECUTORS, &c.,
RESPONDENTS, *v.* MELISSA L. SNYDER, APPELLANT, IM-
PLEADED, &c.

Motion to dismiss appeal denied with $10 costs of opposing, on
the ground of waiver of the irregularity in service of notice of ap-
peal. (*People* ex rel. *White* v. *Erie C. P.*, 6 Wend., 549 ; *Steven-
son* v. *McNitt*, 27 How. Pr., 335.)

ANSON LAMBERSON *v.* HARVEY M. BANKS.
Motion for leave to appeal to the Court of Appeals denied.
AMY A. LAMBERSON *v.* HARVEY M. BANKS.
Motion for leave to appeal to the Court of Appeals denied.

NATHAN JOHNSTON, RESPONDENT, *v.* ABRAM A.
BARNES, AND OTHERS, APPELLANTS.

Reargument ordered.

ABRAM A. BARNES, APPELLANT, *v.* NATHAN JOHNSTON
AND OTHERS, RESPONDENTS.

Reargument ordered.

GEORGE D. LORD, APPELLANT, *v.* THE CITY OF ROCH-
ESTER, RESPONDENT.

Judgment reversed and new trial ordered before one or more
other referees, costs to abide event.

Opinions by HARDIN, J., and by SMITH, J., dissenting.

ADA M. TOWNE, RESPONDENT, *v.* MARY TOWNE BURT,
APPELLANT.

Order appealed from affirmed, with $10 costs, and disburse-
ments.

ORVILLE ROBERTS, APPELLANT, *v.* HENRY C. PECK AND
OTHERS, RESPONDENTS.

Order of Special Term in Herkimer County affirmed, without
costs. (Code Civ. Pro., § 1015.)